449 F.2d 156
 UNITED STATES of America, Plaintiff-Appellee,
v.
William James BECKER, Defendant-Appellant.
 No. 71-1857 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 October 21, 1971.
 
 Appeal from the United States District Court for the Southern District of Georgia; Alexander A. Lawrence, Judge.
 James E. Yates, III, Savannah, Ga. (Court Appointed), for defendant-appellant.
 R. Jackson B. Smith, Jr., U. S. Atty., Augusta, Ga., Lamar C. Walter, Asst. U. S. Atty., Savannah, Ga., for plaintiff-appellee.
 Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966